WARREN REALTY CO., INC. v. TOWNSHIP OF EAST WINDSOR.

July 21, 1980.

Petition for certification denied.   (See 174 *N.J.Super.* 322)

STATE OF NEW JERSEY v. JOHN H. GRUBBS.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. GILBERT BOYD.

July 21, 1980.

Petition for certification denied.   (See 165 *N.J.Super.* 304)

STATE OF NEW JERSEY v. ROBERT STEWART.

July 21, 1980.

Petition for certification denied.